UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JIMMIE LAZENBERRY,
    Plaintiff,

v.                                                Case No. 3:16-cv-425-J-20MCR

INTERNAL REVENUE SERVICES,
CLAIMS DEPT., Claim # 266692674,
    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before this Court following a Report and Recommendation (Dkt. 9). The Report and Recommendation recommends that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs be denied, and this case be dismissed without prejudice. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 9) is adopted;

2. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Dkt. 4) is **DENIED**;

3. This case is **DISMISSED without Prejudice**; and

4. The Clerk is directed to close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 2½ day of August, 2016.

                                                HARVEY E. SCHLESINGER
                                                UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Monte C. Richardson, U.S. Magistrate Judge
Jimmie Lazenberry, *Pro Se*